EASTERN DIST.

*April,* 1838.

PHELPS
*vs.*
MORGAN.

certain property, to a general judgment *without* mortgage.

---

## PHELPS *vs.* MORGAN.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT.

The certificates of the clerk and judge, that "the record contains all the evidence adduced on the trial," will be disregarded, and the appeal dismissed, if the cause is not in a situation to enable the court to examine the testimony and the whole case, on its merits.

This case commenced by a rule taken by the plaintiff, on G. W. Morgan, late sheriff of the parish of Orleans, under the act of 1826, (1 Moreau's Digest, 231,) making the sheriff responsible for the debt, unless he returns the writ by the return day.

The rule required the late sheriff to show cause on a particular day, why he should not be responsible, and pay the plaintiff the amount of a certain judgment, etc., for not having made return of the writ of *fieri facias,* which issued on said judgment.

On the day the rule was set for trial, the record states, that after hearing counsel for the plaintiff in the rule, the court took the same under consideration. On a subsequent day the court discharged the rule, and the reasons assigned in a written opinion, were placed on file in the record.

The record of the case contains no evidence or bill of exceptions, or any means except the reasons of the judge *a quo,* to show on what facts and evidence it was tried.

EASTERN DIST.
*April,* 1838.

M'GREGOR
*vs.*
BRITTINGHAM
ET AL.

The clerk and judge both, however, certify, that the record contains all the testimony adduced on the trial, etc.

·The plaintiff in the rule appealed.

*M'Kinney,* for the appellant.

*Bullard, J.,* delivered the opinion of the court.

The certificates of the clerk and judge, that "the record contains all the evidence adduced on the trial," will be disregarded, and the appeal dismissed, if the cause is not in a situation to enable the court to examine the testimony and the whole case, on its merits.

The appellant has not brought this case before us in such a way, as to enable us to examine the judgment pronounced below. Although both the judge and the clerk certify, that the record contains all the testimony adduced on the trial of the rule, it contains in fact neither a statement of facts nor testimony taken down on the trial, nor even an answer to the rule, nor a bill of exceptions. We are left to gather the facts from the opinion of the judge.

It is, therefore, ordered, that the appeal be dismissed, with costs.